# MERCYONE.

# MEMO

**TO:**  Sean Williams, President/CEO, Mercy Hospital Iowa City
Dawna Miller, CFO, Mercy Hospital Iowa City

**FROM:**  Bob Ritz, CEO

**DATE:**  January 20, 2021

**SUBJECT:**  Follow-up on several open items

---

The purpose of this memo is to summarize what I consider to be a list of open items we previously discussed concerning primarily the financial reporting at Mercy Hospital Iowa City (MIC) along with specific follow-up items on select topics. Given MercyOne's role as the strategic management partner with the Board of Directors of MIC, it is incumbent upon the management team at MIC and the leadership team of MercyOne to ensure the proper management of operations; and also the reporting, analysis, and communication of key issues increasing general operating trends, barriers to achieving budget, threats to the organization's position, regulatory and other concerns, physician relations, etc.

Over the past several months, we have been working on developing a performance improvement plan to reposition the organization to financial health. This plan was originally adopted in early fall 2020 based on a very poor financial performance in fiscal year 2020. While much of this could be attributed to the impact of the global pandemic, when we look at other comparable ministries in the state of Iowa, it appears that MIC's situation was more severe. During the development of the performance improvement plan, we have also discussed the sensitivity of the rating agency's confidence in our management of the organization, the ability of the asset to earn cash generation from operations and cash position, and other financial outstanding matters including a significantly underfunded pension liability. This, together with the operating performance and strategic position (including market share position) influences how third parties assess MIC's ability to earn and restore its financial wellbeing.

The performance improvement plan initially developed in early fall was quickly devised based on operations results and what was referred to as "execution challenges." It will be important for us as the managers of MIC to understand what "execution challenges" mean. In addition, when I review the trends portrayed in the financial statements, it appears we have a conflict in the trend's relationship to the management of the trends. Specifically, volume continues to be far below historical levels if the expenses are higher than previous levels. In addition, our performance improvement plan in September set a goal for reduction of the full-time equivalents, yet at the end of December, total FTEs are off plan. You should also be aware I have requested on two specific occasions (in writing) a schedule outlining existing consulting engagements. I believe we shared we do not typically use consultants at MercyOne, and when we do, it is for a very strategic purpose or a purpose for which an outside opinion is essential. When you have the fragility we have at

**EXHIBIT 2**

MIC the use of consultants creates a greater challenge for the team and requires us to reduce our resources even more greatly, and perhaps even in a more significant proportion. Further, I have asked for a daily statistics report that has appeared on several Executive Committee documents to be totaled, summed and trended. Once again, this request has not been responded to. The last copy of the report I saw in the Executive Committee packet was exactly the same as it was when I requested previously that the report be changed.

MercyOne takes its responsibilities to manage MIC in a very serious manner. However, we do not discharge these responsibilities through the placement of leaders in MIC unless the leaders of MercyOne are working together. We find ourselves in a very interesting crossroad and one that is going to require us to take swift and aggressive action to restore the organization to its financial health. References to "execution challenges," fewer patients but more staff, the performance plan not being achieved as outlined, requires us all to reflect on the significant responsibility we have for MIC and how we are working together as a team (we are not) to achieve our commitment to the organization, to the Sisters of Mercy, and most importantly, to the future patients we will serve. At the present time, we will have to make significant and quick operational changes to the organization which will require us to look at different approaches to restore the organization's financial health.

This memorandum is intended to summarize my concerns about the current state of our performance at MIC. Our Management Service Agreement is clear, we have reviewed it recently, and yet it does not appear we are fulfilling our responsibilities in the manner in which they are described in the Agreement. Please note, this does not mean MercyOne is not trying to fulfill its responsibilities; in some cases it may be a local issue which is preventing those responsibilities from being successfully achieved.

Questions on this memo should be directed to my attention. I will ask Debbie to set up a meeting with the four of us and Mike Wegner for a focused conversation on how we get things back on tract at Mercy Hospital Iowa City.