Board of Directors                                                                                  February 1, 2021
Mercy Iowa City
500 East Market Street
Iowa City, Iowa 52245

Board Members,

We, as members of active medical staff of Mercy Iowa City (hereafter referred to as "we" and "us"), are submitting this letter to you as a reflection of our recent, ongoing, and future concerns about the inpatient Medical Records System at Mercy Hospital, Iowa City. As you are aware, we currently utilize an outdated and no-longer vendor-supported system, Horizon Portal, a McKesson product. We realize that this is built on a hardware and software infrastructure that has been significantly unstable in the past and has required significant cost and effort to keep running on a consistent basis. In addition to that, maintenance of an, at least partially, homegrown system is being accomplished by people who did not design the system and are therefore learning as they go. Despite these efforts, we have seen more frequent downtimes and last week the loss of a key functional component that has made our daily jobs significantly more difficult and places quality and patient safety at risk.

As of Monday 1/18/2021, we have lost access to a tab in Portal that accesses "Prelim Reports." The "Prelim Reports" tab would display dictated notes before they've been signed and edited (still preliminary). Though there is, of course, a risk to accessing unedited notes and using this information for any clinical decisions, but it was a trade off for ease of access with this tab being significantly faster and easier to navigate than the other tab for records (labeled "Medical Records"). Whereas the "Prelim Reports" tab was nearly instantaneous, opening the OneContent viewer through the "Medical Records" tab takes 10-15 seconds and then it is more cumbersome to locate the desired note(s). This has led to issues in at least 2 scenarios:

1. Rapid access of notes, as would be done when a patient is being seen for the first time in the ECU or by an admitting or consulting physician, has been hindered. Usually we like to review quickly if a patient has been recently discharged or had a recent procedure and get a quick summary of their history that way. Limiting us to only the "Medical Records" tab makes this process slower and more cumbersome and thus more likely that we will miss information, thereby delaying adequate care and degrading the quality of care.
2. Whereas, we could quickly change between a different tab, say "Results," and "Prelim Reports," if you change to another tab from "Medical Records" it shuts down the viewer and you need to start over to find everything again. Changing tabs and skipping between records is frequently done during dictations, especially for Admission History & Physicals and Discharge Summaries as we work our way through sections requiring information from different tabs. This has a likelihood of contributing to less detailed documentation which could affect the level of billing for a patient encounter.

EXHIBIT 3

We would estimate these extra clicks and waiting times will require hours of extra work time daily for adult Hospitalists in addition to negatively impacting the workflow of any other group working in the Hospital.  So far, we have heard about these creating barriers for providers in the Emergency Care Unit, Intensive Care, Adult Hospitalists, General Surgery, Cardiology, and others.   At a time when we're being asked to increase caregiver efficiency and to do more with less, adding on additional barriers is directly impacting caregiver work satisfaction to the point where we may lose providers, especially if the overall EHR situation gets worse before the solution of the new EHR arrives in approximately 11 months.

We, as a medical staff, feel that our already antiquated and unstable EHR is disintegrating piece by piece and that the plan is to have us just deal with it by doing more waiting and busy work in a care environment that is less safe for our patients.  We have been told that there will be upgrades and changes made for many years with no results.  The change of our vendor to Allscripts for our new EHR and the lack of movement forward on implementation of this continues to demoralize our medical staff.  From our view, we consider it highly likely that this situation will get significantly worse before it gets better.  For those of us who have been here for years or even over a decade, we feel our staffing and daily practice are being reviewed and criticized to the smallest detail while one of our most basic tools, the EHR, is progressively acting as more of a barrier to quality healthcare than a tool to help us care for patients.

We ask you, as board members, that when considering allocation of funds and planning going forward, to prioritize maintenance of our EHR to at least its' functional level as of 1/17/2021 and to continue to advocate for a new EHR implementation as soon as possible.  This will be necessary to fulfill Mercy's mission, to maintain high quality and ethical care, to recruit and maintain qualified staff, and to improve the morale of staff.   Mercy Hospital will not survive otherwise, at least not in any form that resembles the great Hospital it was in the past.  The people signing this letter are your most senior, experienced, and dedicated medical staff.  Please hear us: we cannot work with this medical record system any longer.  We appreciate your attention to this manner.

Sincerely,
Active Members of Mercy Hospital Medical Staff

2

Michael A Hajdu Hajdu

Yonas Getachew, M.D.

Joshua (Truszkowski)

Lara Lazare M.D.
Lara Lazare, M.D.

Paul Pierre D.O.

Rhys Kavanagh, MD

Viktor Hanak HANAK

John P Bonn MD Bennett

Luly Pham M.D PHAM

Banh (Banh)

Ramon Igran

Katherine Ignacio   Katherine Ignacio

Fallonmill Walker   Fallonmill Walker

Rosen
MD/PhD

3