

Mercy Iowa City
500 E. Market Stre
Iowa City, IA 5224
319-339-0300
mercyiowacity.or

6/25/2021

Members of the Administration, the Board of Mercy Hospital Iowa City, and MercyOne,

On behalf of members of the Mercy Medical Staff, we wanted to share with all of you our concerns about some recent decisions made at Mercy and Mercy Hospital's future. Our primary concerns lie in three areas: Communication, Physician involvement in decisions, and Retention of staff.

Timely and accurate communication with the Medical Staff has been severely deficient leading to confusion and fear of the future. We've heard consistently that we are in dire financial straits and that cutbacks need to be made, but little about our Hospital's prospects for survival and almost nothing about future growth and success. For many of us, who is in charge and therefore the most dependable source of information is itself an open question as at times it's the CEO, CFO, COO, ELT, or MercyOne. Decisions which directly impact our daily work and patient quality and care are communicated with inadequate time to address these impacts. Providers (without being consulted first) have found out at the same time as the rest of the Medical Staff that one of their partners is being fired and scrambling to deal with the implications, which is just poor management and disrespectful of those providers who are left to pick up the work. Cardiology utilizes Cardiothoracic Surgery services for emergent catheterization complications but had not been notified of this service being "paused" until it was announced to the entire medical staff. The Hospitalist team has been recently asked (despite this being foreseeable six months ago) to care for Neurologic emergencies in a manner not meeting the local standard of care while a credentialed Neurologist was willing to provide Neurology coverage but was not contracted to do so. Knowledge of cutbacks in services are sometimes passed on by word of mouth or discovered only when those services are needed, leading to frustration and improvisation where planning should have been.

Traditionally a combination of a Medical Executive Committee and our CMO as well as medical directors of services (reporting to the CMO) allow provider input into decisions being made by Administration. While some services have been tagged "priorities" by our Administration, it seems like little provider input is being sought even from these services until after decisions are made. We have verified this with members of GI, orthopedics, pulmonary, general surgery and other groups. Decisions are being made without significant consideration of the interdependence of these groups on each other and the cascading effects of cutbacks or elimination of services. These decisions often shunt the work onto other providers who don't have the same level of training (*i.e.* General Surgery coverage of GI procedures on top of an already heavy workload and call schedule), lead to unsustainable call schedules, or press

**EXHIBIT 4**

providers to support patients through acute issues until specialists are available, thereby increasing length of stay and decreasing patient satisfaction and compromising patient quality and safety.  Providers need at the very least a representative at the table when these decisions are being made so that the fallout can be planned for and, as much as possible, mitigated.

As a medical staff, we are used to having strong primary care, ER and Hospitalist groups and they rely on the support of excellent specialists, nursing, techs, therapies, QMS, lab, radiology, dietary, housekeeping, etc. to form a strong, high-quality hospital.  These people are the foundation of Mercy Hospital and have helped it weather the storms of the last 5+ years and earned the awards posted on the walls, but now are feeling expendable and unsupported.  Some of this is because of short-sighted cutbacks which load increased work onto staff that neither have the training nor the manpower to take care of patients at the level they deserve or bringing on expensive and suboptimal Locums.  We are pretending to be a full-service Hospital when the services for which the patients are being admitted or transferred are not available for days or longer.  When we are honest about this with referring providers and patients and they go elsewhere for their care, this seems to be the only time we hear from administration immediately.

Once services are lost or shut down, they are going to be very difficult to bring back.  Eventually this is going to lead to adverse patient outcomes and liability and staff who are going to have to live with failing their patients.  On the outpatient side clinics (*e.g.* GI, Neurology) are understaffed, closing the "open door" to specialist follow-up with times to appointments getting steadily longer, and patients are being lost from the Mercy system, draining money as they go.  At the same time, we are working in older facilities, using outdated or inadequate equipment that has temporarily shut down inpatient/outpatient procedures and testing, and are forced to make patient care decisions on partial information.  On top of this our sluggish EHR is steadily deteriorating with the preliminary reports again nonfunctional and electronic prescribing temporarily failing in the last few weeks, causing more of each shift to be spent at a computer rather than in direct patient care.  Many staff members, despite loyalty to Mercy and a desire to see it succeed, are either retiring early or looking at more stable and supportive environments with better benefits and reimbursement.  There seems to be no effort to retain these staff or to address the reasons they are leaving, though the short term "savings" are going to be offset by the costs of recruitment and training and the impact of less experienced staff caring for our patients.

We ask for Mercy Hospital Administration to consider the following changes:

1. Improving communication with all medical staff.  This must include clear communication with staff early in the process of reduction or elimination of services or of decisions that will impact their workflow.
2. Clarification of the current decision structure of Hospital leadership and continuity of this structure so that when staff need help, we know to whom to turn.
3. Involvement and adequate representation of medical staff in decisions which directly impact their need for staffing, training, and development of new workflows.  Such representation could come from our next CMO, by empowering the Medical Executive Committee or re-establishing a new physician leadership committee.
4. Focus on retaining staff who have stuck through recent difficult times and recruiting staff to build for the future before opportunities pass us by.  This must include adequate staffing of GI,

Intensivists/Pulmonary, Neurology clinic and others.  Depleted staff is already sending patients outside the Mercy system and compromising staff satisfaction and retention.

Sincerely,
Daniel Leary MD PhD, Medical Director of the Hospitalist Service
Lori Beireis DO, Assistant Medical Director of the Hospitalist Program
Kristen Followwill-Walker DO, Chair of the Medicine Department
Writing on behalf of Members of the Medical Staff of Mercy Iowa City