

System Services
1601 NW 114th Street
Bldg. 5, Suite 200
Clive, IA 50325

T 515-358-9200
F 515-358-9293

MercyOne.org

April 30, 2021

Most Reverend Thomas R. Zinkula, JD, JCL
Chancery of Diocese of Davenport
780 W. Central Park Ave.
Davenport, IA 52804

Dear Bishop Zinkula:

The purpose of this letter is to provide a summary of the current situation Mercy Hospital, Iowa City (MIC) is facing, and to seek your support for a work plan to develop the best plan to reposition the ministry for the long term.

**Background**
Mercy Iowa City (MIC) has provided care to the citizens of Iowa City, Johnson County, and the surrounding community since 1885. The organization is a high-quality, low-cost provider in the region. MIC has experienced very difficult operational challenges over the past several years with loss of market share, increased competition from the University of Iowa Hospitals and Clinics (UIHC), and a weakened financial position. In addition, due to this situation, MIC has not been able to fund capital needs and now is faced with a significant underfunded pension liability.

MIC entered into a strategic management and affiliation agreement with MercyOne in 2017. While much improvement has been achieved in the organization's performance, the pandemic has been significant and has put the organization in a position, in which, MIC needs to assess the viability to sustain its mission as an independent organization. Initially, MercyOne entered the Management Agreement with the anticipation to integrate MIC into our Catholic Health System. However, the financial performance of MIC, the impact of the pandemic along with the significantly underfunded pension liability, challenges MercyOne's ability to move forward with the original plan. One way to assess the viability of an organization is to determine if the organization has the ability to "pay its objectives" in the event the organization closed. A preliminary liquidation analysis for MIC indicates the organization's assets would not be able to cover all of MIC's liabilities by approximately $40M if the ministry closed at this time. The pension liability is a long-term liability and does not need to be paid off now, but it does create enormous challenges for a true turnaround and thus confirms the need to address the "justice issue" for the pensioners with the current underfunded liability over $78M.

**Current State**
MIC is in a very challenging position due to several years of operating losses, significant changes in the Leadership Team, underfunded capital needs, and a significantly underfunded pension liability. A brief review of financial performance trends supports the need to focus on performance improvement in the short term and a need to reposition the ministry for the long term. Performance trends for the past five years include:

- Aggregate operating losses of $135M;
- Low growth in net revenue of 1.5%-4.0%;
- Reduction in net assets of $86M;
- Reduction in cash by $50M;
- Increase in pension liability of $18.6M; and
- Changes in credit rating from A3 stable in 2014 to B1 negative in 2021.

**EXHIBIT 5**

MERCY ESI001353



Based on these trends, now is the right time for MercyOne and MIC to chart the best course for the long term by assessing all options to reposition the organization for the future.

In addition to the operating challenges and financial conditions, UIHC has intensified its competitive behavior and investment in new facilities and new programs. UIHC has published plans for a second hospital in the immediate service area, just 12 miles from MIC. These factors taken together require us to assess long-term options.

**Options for Repositioning MIC**
MercyOne and MIC have developed a list of options to be considered by the MIC Board of Directors:

- **Option 1**: Do nothing. Maintain the current state with MercyOne and MIC working together to improve performance and position.
- **Option 2**: MIC remains independent by focus on its core clinical services to a more narrow scope of clinical services, improving operating performance, enter key strategic partnerships (e.g. Steindler Orthopedic Group), and expand ambulatory care services in key geographic markets (e.g. North Liberty).
- **Option 3**: MIC issues a Request for Proposal (RFP) to seek a long-term partner to align MIC with a larger system.
- **Option 4**: MIC enters a discussion exclusively with Mercy Cedar Rapids to develop an integrated Catholic system.
- **Option 5**: MIC integrates partially or fully with UIHC. UIHC would establish an endowment to fund a Family Health Center for the less fortunate in the name of the Sisters of Mercy in perpetuity.

**Recommendation**
Based on a review of the current state of MIC's market position and financial condition, coupled with a scan of the regional health care marketplace, MercyOne recommends **Option 3 --** MIC's Members, Board of Directors and Leadership Team initiate a formal process to issue a Request for Proposal to assess prospective partners to develop the best long-term solution to reposition the ministry. These details are beyond the scope of this summary. We are happy to review this detail with you immediately.

Bishop Zinkula, we respectfully request your support to initiate a process to assess the best long-term option to reposition MIC. We have worked with the Sisters of Mercy West/Midwest to ensure we all participate in this important discussion and process. Please let us know if you have any questions concerning this matter.

Sincerely,


Robert P. Ritz

CEO


CC:   Sister Sue Sanders, President, Sisters of Mercy West/Midwest

MERCY ESI001354